**LOWENSTEIN SANDLER PC**
Christopher S. Porrino
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>VITHAL K. PATEL,<br><br>DEFENDANT. | Case No. 2:07-cr-654<br><br>Judge Susan D. Wigenton<br><br>**CONSENT ORDER FOR INTERNATIONAL TRAVEL TO INDIA** |

**THIS MATTER** having been opened to the Court by counsel for defendant Vithal Patel for an Order modifying the conditions of his pretrial release [see Doc. 6], specifically requesting defendant be allowed to travel to India no earlier than November 23, 2008 and returning to the United States no later than January 9, 2009, and it appearing that defendant has provided an affidavit in support of his request for the Court's consideration, and it further appearing that defendant, the Government, and U.S. Pretrial Services have agreed to the following conditions in support of his modification request, to wit: (1) defendant will post the equity in his home (which is owned free and clear) as bond for the time he is abroad; (2) defendant's wife will surrender her passport to U.S. Pretrial Services for the duration of defendant's time abroad; (3) defendant shall not travel outside of the

territorial boundaries of India while abroad; and (4) defendant will waive any challenges to extradition and voluntarily agrees to be extradited to the United States in the event he does not return as scheduled, and for good cause shown,

**IT IS** on this day 21ST of November 2008,

    **ORDERED** as follows:

    (1)    Defendant shall post the equity of his home (without the need for an appraisal) with the United States District Court District of New Jersey, Office of the Clerk for the time he is abroad;

    (2)    If she has not done so already, defendant's wife shall surrender her passport to U.S. Pretrial Services within (2) days of receiving this Order. U.S. Pretrial Services will hold the surrendered passport until defendant's return to the United States and defendant has surrendered his passport back to U.S. Pretrial Services, at which time, the passport of defendant's wife shall be returned to her forthwith;

    (3)    Defendant waives any challenges to extradition and agrees to be extradited to the United States in the event he does not return as scheduled;

    (4)    Defendant shall not, under any circumstances, travel outside of the territorial boundaries of India while abroad;

    (5)    The agency in possession of defendant's passport, U.S. Pretrial Services, shall return to defendant his original passport upon being served with this Order and defendant shall immediately surrender his passport back to U.S. Pretrial Services upon his return to the United States; and

(6) Upon his return to the United States, any liens or encumbrances placed upon defendant's home in connection with this Consent Order to secure his prompt return to the United States, shall be released.

_____
HON. SUSAN D. WIGENTON
United States District Judge

**The undersigned hereby consent to the terms and entry of this foregoing Order.**

CHRISTOPHER J. CHRISTIE
United States Attorney

By: _____
Robert Kirsch
Assistant U.S. Attorney

Date:_____, 2008

LOWENSTEIN SANDLER PC
Attorneys for Defendant

By: _____
Christopher S. Porrino

Date: November 21, 2008

UNITED STATES DISTRICT COURT
PRETRIAL SERVICES

By: _____
Wendy Lonsdorf

Date: _____, 2008

-3-

(6) Upon his return to the United States, any liens or encumbrances placed upon defendant's home in connection with this Consent Order to secure his prompt return to the United States, shall be released.

                                          HON. SUSAN D. WIGENTON
                                          United States District Judge

**The undersigned hereby consent
to the terms and entry of this foregoing
Order.**

CHRISTOPHER J. CHRISTIE
United States Attorney

By: _____
      Robert Kirsch
      Assistant U.S. Attorney

Date: _____, 2008

LOWENSTEIN SANDLER PC
Attorneys for Defendant


By: _____
      Christopher S. Porrino

Date: _____, 2008

UNITED STATES DISTRICT COURT
PRETRIAL SERVICES


By: _____
      Wendy Lonsdorf

Date: _____, 2008

-3-

(6)   Upon his return to the United States, any liens or encumbrances placed upon defendant's home in connection with this Consent Order to secure his prompt return to the United States, shall be released.

                                                HON. SUSAN D. WIGENTON
                                                United States District Judge

**The undersigned hereby consent
to the terms and entry of this foregoing
Order.**

CHRISTOPHER J. CHRISTIE
United States Attorney

By: _____
        Robert Kirsch
        Assistant U.S. Attorney

Date:_____, 2008

LOWENSTEIN SANDLER PC
Attorneys for Defendant

By: _____
        Christopher S. Porrino

Date:_____, 2008

UNITED STATES DISTRICT COURT
PRETRIAL SERVICES

By: *[signature]*
        Wendy Lonsdorf

Date: _11-20-08_, 2008