## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 07-654 (SDW) |
| -vs- | Hon. Susan D. Wigenton |
| VITHAL PATEL | CONSENT ORDER RETURNING DEFENDANT'S PASSPORT |

THIS MATTER having been opened to the Court by Defendant, Vithal Patel (Christopher S. Porrino, Esq., appearing) for an Order returning Defendant's passport from the United States Pretrial Services Agency; the United States of America, Paul J. Fishman, United States Attorney (AUSA Joseph Mack, appearing) having no objections; the Court having considered the recommendation of the United States Pretrial Services Agency; and for good cause shown,

WHEREFORE, IT IS on this 6th day of January, 2011;

ORDERED that the United States Pretrial Services Agency return Defendant Vithal Patel's United States passport to him immediately upon receipt of this Order;

IT IS FURTHER ORDERED that all terms and conditions of probation previously imposed remain in full force and effect.

_____
HONORABLE SUSAN D. WIGENTON

_____
CHRISTOPHER S. PORRINO

_____
AUSA JOSEPH MACK
for the United States Attorney's Office

20618.2
01 04 2011 16402763 1

TOTAL P.03