UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 07-654 (SDW) |
| -vs- | Hon. Susan D. Wigenton |
| VITHAL PATEL | ORDER |

**THIS MATTER** having been opened to the Court by Lowenstein Sandler PC, attorneys for Defendant Vithal Patel, for an Order clarifying the Judgment of Conviction entered by the Honorable Susan D. Wigenton, United States District Judge for the District of New Jersey on December 14, 2010 (the "Judgment of Conviction"); and it appearing that Mr. Patel was sentenced to a two-year period of probation; and it further appearing that Mr. Patel's sentence did not include an occupational restriction preventing Mr. Patel from being employed as a pharmacist; and for good cause shown,

IT IS on this 3RD day of February, 2011,

**ORDERED** that Mr. Patel is not subject to any expressed or implied occupational restriction as a condition of probation; and it is further

**ORDERED** that Mr. Patel is not restricted by the Judgment of Conviction or as a condition of probation from being employed by or working in a pharmacy or as a pharmacist during the probationary period;* and it is further

**ORDERED** that all terms and conditions of probation previously imposed remain in full force and effect.

HONORABLE SUSAN D. WIGENTON

*However, Defendant shall be required to notify any employer of his conviction. SDW

20615/2
01/27/2011 16522844.3